STATE OF NEW JERSEY v. TROY TOULSON.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LEE DAVIS.

December 6, 1982.

Petition for certification denied.

BOARD OF EDUCATION OF WAYNE TOWNSHIP IN PASSAIC COUNTY v. STRAND CENTURY, INC.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT CRAVEN.

December 6, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES W. ANDERSON.

December 6, 1982.

Petition for certification denied.